EDWARD A. LAYTON, Respondent, *v.* ELIZABETH H. KRAFT et al., Defendants, and HENRY A. ST. JOHN et al., Appellants.

(Argued March 15, 1909; decided March 23, 1909.)

MOTION to amend remittitur.   (See 194 N. Y. 571.)

Motion granted and decision made as of the date of the hearing of the argument and the submission of the appeal.

---

In the Matter of the Application of the O. J. GUDE COMPANY, Respondent, for a Peremptory Writ of Mandamus against EDWARD S. MURPHY, as Superintendent of Buildings of the Borough of Manhattan, City of New York, Appellant.

*Matter of Gude Co.* v. *Murphy*, 129 App. Div. 266, affirmed.
(Argued February 9, 1909; decided March 30, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 18, 1908, which reversed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the appellant herein to examine and approve of plans for a certain sky sign and granted said motion.

*Francis K. Pendleton, Corporation Counsel* (*Theodore Connoly* and *Clarence L. Barber* of counsel), for appellant.

*Julius M. Mayer* and *A. S. Gilbert* for respondent.

Order affirmed, with costs, on opinions in *People ex rel. Wineburgh Adv. Co.* v. *Murphy* (195 N. Y. 126).

Concur: CULLEN, Ch. J. HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.